Decided February 10, 1995

## STATE OF CONNECTICUT *v.* PEDRO TORRES

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 488 (AC 12442), is denied.

*Jeffrey A. Jones,* in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided February 16, 1995

## STATE OF CONNECTICUT *v.* MARION LEE MILLER

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 506 (AC 13073), is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided February 16, 1995

## STATE OF CONNECTICUT *v.* RAY BOYD

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 516 (AC 13077), is denied.